**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-4533**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRYANT LASHAWN SINGLETON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (CR-95-54-F)

_____

Submitted: December 7, 2001          Decided: December 20, 2001

_____

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas P. McNamara, Federal Public Defender, Shea Riggsbee Denning, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. John Stuart Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, J. Gaston B. Williams, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bryant Lashawn Singleton pled guilty to aiding and assisting an attempted escape of a federal prisoner, in violation of 18 U.S.C. § 752(a) (1994). The district court sentenced Singleton to eighteen months' imprisonment, followed by a three year supervised release term. Thereafter, the district court revoked Singleton's supervised release and imposed a twenty-four month term of imprisonment based on several admitted violations.

Singleton's sole claim on appeal is that his twenty-four month sentence was unreasonable because it exceeded the recommended sentencing range of six to twelve months. Finding no abuse of discretion in the district court's revocation sentence, we affirm. See United States v. Davis, 53 F.3d 638 (4th Cir. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2